


UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

JEFFREY WARNOCK )
Plaintiff(s) )
V. ) Civil Action No. 3:11CV48
PAPERWORK INDUSTRIES INC )
Defendant(s) )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Lee  on a motion for  summary judgment.

Judgment is entered in favor of the Defendant.

Date   September 04, 2012

*CLERK OF COURT*

s/KSchwenk

*Signature of Clerk or Deputy Clerk*